# EXHIBIT 2

**Summary Of Damages**

| | Overtime Damages | FLSA Liq. Damages | NYLL Liq. Damages | NYLL 195 Penalties | Meal Period Violation Penalty (CLC 226.7) | Break Period Violation Penalty (CLC 226.7) | Total Owed in Time Period for Failure to Indemnify for Expenses (CLC 2802) | Incorrect Wage Statement - Max Penalty $4,000 (CLC 226(e)) | Waiting Time Penalties (30 Days Wages at Regular Rate for estimated 9 hour day) | Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| Engbrecht | $ 8,928.75 | $ 3,476.25 | $ - | $ - | $ 13,214.29 | $ 13,214.29 | $ 7,462.86 | $ 4,000.00 | $ 4,050.00 | $ 54,346.43 |
| Thai | $ 16,089.71 | $ 10,150.01 | $ - | $ - | $ 17,600.46 | $ 17,600.46 | $ 5,748.57 | $ 4,000.00 | $ 8,567.30 | $ 79,756.51 |
| Von Meklenburg | $ 3,000.00 | $ 3,000.00 | $ - | $ - | $ 2,320.00 | $ 2,320.00 | $ 1,280.00 | $ 4,000.00 | $ 3,915.00 | $ 19,835.00 |
| Martinez | $ 1,045.25 | $ 1,045.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,090.50 |
| Ashkenas | $ 2,132.50 | $ - | $ 2,132.50 | $ 10,000.00 | $ - | $ - | $ - | $ - | $ - | $ 14,265.00 |
| | $ 31,196.21 | $ 17,671.51 | $ 2,132.50 | $ 10,000.00 | $ 33,134.74 | $ 33,134.74 | $ 14,491.43 | $ 12,000.00 | $ 16,532.30 | $ 170,293.44 |