UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA ENGBRECHT, RUTH VON
MEKLENBURG, EVELYN ASHKENAS,
SABRINA MARTINEZ and ELGA THAI, on
behalf of themselves and others similarly situated

               Plaintiffs,

v.

MANHATTAN HELICOPTERS LLC and ITAI
SHOSHANI

               Defendants.

18-CV-02731 (DCF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2019

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs or attorneys' fees to any party against any other. This Stipulation may be filed with the Court without further notice to any party. This Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

Dated: New York, New York
       December 11, 2018

For the Plaintiffs:

**JOSEPH & KIRSCHENBAUM LLP**

By: _____
Josef Nussbaum
D. Maimon Kirschenbaum
32 Broadway, Suite 601
New York, New York 10004

For the Defendants:

**MINTZ & GOLD LLP**

By: _____
Ryan W. Lawler
Jeffrey Pollack
600 Third Avenue, 25th Floor
New York, NY 10016

So Ordered  1/31/19

_____
Hon. Debra C. Freeman (U.S.M.J.)